FILED
IN CLERK'S OFFICE
U. S. DISTRICT COURT E.D. N.Y.

★ SEP 30 2005 ★

TIME A.M. _____
P.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

Echostar Technologies Corporation,

                Plaintiff,        CV-04-0244 (CPS)

    - against -

                                ORDER

William Melittas,

                Defendant.

------------------------------------X

No objections to the Report and Recommendation of Magistrate Judge Pohorelsky dated September 15, 2005, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by October 17, 2005, a revised proposed default judgment consistent with Magistrate Judge Pohorelsky's Report and Recommendation.

The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

SO ORDERED.

Dated:    Brooklyn, New York
           October   , 2005

                    By: _____
                          United States District Judge